**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

INEZ M. VELEZ, Prophetess Inez Maria Richardson, Woodstock, Velez,

Plaintiff,

-against-

25 **CIVIL** 4582 (GBD)

# JUDGMENT

AMERICA, THE FEDERAL AND STATE GOVERNMENTS AND SSI; CHASE; OPTIMUM; FOND TRAVELS,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 18, 2026, the Court has dismissed Plaintiff's federal claims against the United States, the SSA, America, and Federal and State governments, 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii), and has declined supplemental jurisdiction of Plaintiff's state law claims, 28 U.S.C. § 1367(c)(3). The Court certifies under 28 U.S.C. § 1 915(a)(3) that any appeal from the order would not be taken in good faith, and therefore informa pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered dismissing this action.

**Dated:** New York, New York

August 19, 2026

**TAMMI M. HELLWIG**

______________________________

**Clerk of Court**

**BY:** K. Mango

______________________________

**Deputy Clerk**